**Louis RYCHWALSKI, Jr., Plaintiff–Appellant,**

v.

**LT CLAYTON; CO# Miller; CO# Collotta; Mrs. K. Green, Defendants–Appellees.**

No. 13–6972.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2013.

Decided: Sept. 30, 2013.

Louis Rychwalski, Jr., Appellant pro se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Rychwalski, Jr., appeals from the district court's order granting Defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rychwalski v. Clayton*, No. 1:12–cv–02259–GLR, 2013 WL 3009301 (D.Md. June 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*